UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

MARK SINCLAIR,
    Plaintiff,

v.                                            Case No. 2:15-cv-13789-MAG-MJH
                                              Hon. Mark A. Goldsmith
                                              Mag. Judge: Michael J. Hluchaniuk

CHEX SYSTEMS, INC., *et al.*
    Defendants.

### **PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE**

On February 19, 2016, this Court issued an Order to Show Cause to Plaintiff for Plaintiff to show cause why the above-captioned case should not be dismissed without prejudice as to Equifax Information Services, LLC ("Equifax"). (R. 43.) The Court required Plaintiff to show cause in writing within ten (10) days of the order. (R. 43.)

Plaintiff and Equifax have agreed to resolve Plaintiff's claims against Equifax for this matter. Plaintiff and Equifax are finalizing the necessary paperwork to complete that agreement. Therefore, Plaintiff requests this Court to find that Plaintiff has shown good cause why this Court should not dismiss Equifax without prejudice.

        Respectfully Submitted,

        LYNGKLIP & ASSOCIATES
        CONSUMER LAW CENTER, PLC

        By:  /s/ Carl Schwartz
        Carl Schwartz (P-70335)
        Attorney for Mark Sinclair
        24500 Northwestern Highway, Suite 206
        Southfield, Michigan 48075
        (248) 208-8864
        Carl@MichiganConsumerLaw.Com

Dated: February 29, 2016

**Certificate of Service**

I, Carl Schwartz, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Respectfully Submitted,

LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC

By:  /s/ Carl Schwartz
Carl Schwartz (P-70335)
Attorney for Mark Sinclair
24500 Northwestern Highway, Suite 206
Southfield, Michigan 48075
(248) 208-8864
Carl@MichiganConsumerLaw.Com

Dated: February 29, 2016